IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  4:91cr4048-WS

KEVIN LOWERY,  4:06cv49-WS

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 85) docketed December 1, 2007.  The magistrate judge recommends that the defendant's motion to vacate and set aside sentence (doc. 77) be denied.  The defendant has filed objections (doc. 86) to the report and recommendation.

Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 85) is adopted and incorporated by reference in this order of the court.

2. The defendant's motion to vacate and set aside sentence (doc. 77) is DENIED.

3. The clerk shall enter judgment accordingly and shall close Case No. 4:06cv49-WS.

DONE AND ORDERED this   11th   day of   January  , 2008.


          s/ William Stafford
          WILLIAM STAFFORD
          SENIOR UNITED STATES DISTRICT JUDGE